No. 98–8842.  Ross *v.* Texas.  Ct. App. Tex., 12th Dist.  Certiorari denied.

No. 98–8851.  Seavey *v.* United States.  C. A. 1st Cir.  Certiorari denied.

No. 98–8852.  Martin *v.* United States.  C. A. 10th Cir.  Certiorari denied.

No. 98–8860.  Leary *v.* Virginia.  Sup. Ct. Va.  Certiorari denied.

No. 98–8919.  Norris *v.* Bell, Warden.  C. A. 6th Cir.  Certiorari denied.

No. 98–8920.  McNeill *v.* Ohio.  Sup. Ct. Ohio.  Certiorari denied.

No. 98–8924.  Rios-Castano *v.* United States.  C. A. 5th Cir.  Certiorari denied.

No. 98–8936.  Charif *v.* United States.  C. A. 4th Cir.  Certiorari denied.

No. 98–8942.  Hussen *v.* Virginia.  Sup. Ct. Va.  Certiorari denied.

No. 98–8949.  Sadat *v.* Tucker, Chairman, Virginia Parole Board, et al.  C. A. 4th Cir.  Certiorari denied.

No. 98–8955.  Boyd *v.* United States.  C. A. 3d Cir.  Certiorari denied.

No. 98–8956.  Toliver *v.* United States.  C. A. 4th Cir.  Certiorari denied.

No. 98–8958.  Talley *v.* United States.  C. A. 6th Cir.  Certiorari denied.

No. 98–8959.  Tapar et al. *v.* City of Los Angeles et al.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–8960.  DeTemple *v.* United States.  C. A. 4th Cir.  Certiorari denied.

No. 98–8965.  Danley *v.* United States.  C. A. 8th Cir.  Certiorari denied.